Continental Securities Company and Others, Appellants, v. August Belmont and Others, Respondents.— Motion granted, and cause set down for argument on Thursday, December 7, 1911.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Himmelstein & Arker Company, Appellant, v. John J. Reilly, Respondent.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Bertram L. Fletcher for Admission to the Bar.— Application granted.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Petition of George B. McClellan and Others in Relation to Lands at Joralemon and Furman Streets, etc.— Motion granted, and Darwin R. James appointed commissioner in the place and stead of Theodore B. Gates, deceased.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

John Reis Company, Respondent, v. Claude L. Wheeler, Appellant.— Motion denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Morris Fine, Respondent, v. Solomon Wolff and David Goodstein, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Meyer Goldberg, Respondent, v. James S. Wemyss Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the contract afforded plaintiff only the right to pick out 1,000 bundles from the stock "as it is," but not to break open the bundles and to pick out from the broken bundles such rolls as he wished.  Jenks, P. J., Carr and Woodward, JJ., concurred; Hirschberg and Rich, JJ., voted for affirmance.

In the Matter of the Application of The City of New York, Appellant, to Acquire Certain Real Estate at Valley Stream, etc., in the Town of Hempstead, in the County of Nassau, for Purposes of Water Supply.  Frederic N. Watriss and Others, Respondents.— Order modified on reargument by reducing the compensation for each commissioner to $6,500, and as so modified the order is affirmed, without costs.  No opinion.  Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., voted for affirmance.